[No. 14463-8-II.   Division Two.   February 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK L. GHRAMM, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 90-1-00116-4, James B. Sawyer II, J., entered October 29, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Seinfeld, J.

[No. 14350-0-II.   Division Two.   February 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID M. PORTER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 90-1-00065-1, David R. Draper, J., entered September 24, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Seinfeld, J.

[No. 13814-0-II.   Division Two.   February 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL E. MCCORMICK, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 89-1-00205-1, James B. Sawyer II, J., entered April 2, 1990. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Alexander, J.